UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-20674-KMW

WINDY LUCIUS,

    Plaintiff,

v.

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, THE CHEESECAKE FACTORY RESTAURANTS, INC., having entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: October 16, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Robert Galbo* |
| J. Courtney Cunningham, Esq. | Robert Galbo, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | GREENBERG TRAURIG, P.A. |
| FBN: 628166 | FBN: 106937 |
| 8950 SW 74th Court | 333 S.E. 2nd Avenue |
| Suite 2201 | 44th Floor |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Tel: 305-351-2014 | Tel: 305-579-0500 |
| cc@cunninghampllc.com | galbor@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

               */s/ J. Courtney Cunningham*
               J. Courtney Cunningham, Esq.